IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**NATE LEE LOUCKS, #142007**                                                                 **PETITIONER**

**VERSUS**                                            **CIVIL ACTION NO. 1:13-cv-80-HSO-RHW**

**CHRISTOPHER EPPS**                                                                         **RESPONDENT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order Denying Petitioner's Petition for Habeas Corpus Relief issued this day, it is hereby,

ORDERED AND ADJUDGED that the Petition for habeas corpus relief is denied for Petitioner's failure to exhaust his available state court remedies, and this cause is dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 5th day of June, 2013.

*s/Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE